| | |
|---|---|
| RAYMOND M. DIGUISEPPE | JOHN W. DILLON |
| CA State Bar No. 228457 | CA State Bar No. 296788 |
| THE DIGUISEPPE LAW FIRM, P.C. | DILLON LAW GROUP, APC |
| 4320 Southport-Supply Road | 2647 Gateway Rd. |
| Suite 300 | Suite 105 #255 |
| Southport, NC 28461 | Carlsbad, CA 92009 |
| P: 910-713-8804 | P: 760.642.7150 |
| E: law.rmd@gmail.com | E: jdillon@dillonlawgp.com |

WILLIAM SACK*
FIREARMS POLICY COALITION
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584
P: (916) 596-3492
E: wsack@fpclaw.org
*App. Pro Hac Vice Forthcoming
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; and FIREARMS POLICY COALITION, INC.,<br><br>            Plaintiffs,<br>      vs.<br><br>CITY OF SAN DIEGO, CALIFORNIA; and DAVID NISLEIT, in his official capacity as Chief of Police of San Diego City, California,<br><br>            Defendants. | Case No. '21CV1676 BAS BGS<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

1

Pursuant to Local Rule 40.1(f), Plaintiffs in this case provide notice of the following matters as potentially related cases: *Duncan v. Bonta*, Case No. 3:17-cv-1017-BEN-JLB, filed in the Southern District of California, on May 17, 2017; *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB, filed in the Southern District of California, on August 15, 2019; and *Renna v. Bonta*, Case No. 3:20-cv-02190-DMS-DEB, filed in the Southern District of California, on November 10, 2020.

The *Duncan* case involves a Second Amendment challenge to California's categorical prohibition against "large-capacity" magazines, commonly used for self-defense and other lawful purposes as integral parts of otherwise lawfully owned and commonly used firearms. The *Miller* case involves a Second Amendment challenge to California's categorical prohibition against so-called "assault weapons," which, despite the menacing label, are commonly used for self-defense and other lawful purposes. The *Renna* case involves a Second Amendment challenge to California's handgun "roster" which effectively constitutes a categorical prohibition against numerous handguns commonly used as bearable arms for self-defense and other lawful purposes.

As in this case, the laws, and related regulations, policies, practices, and customs challenged in the above-referenced actions carry the weight of criminal sanctions for any violation of their prohibitions, they all target arms commonly used

as bearable arms for self-defense and other lawful purposes, and the plaintiffs in each case are ordinary law-abiding citizens who otherwise remain subject to such sanctions should they attempt to exercise their constitutional rights to bear arms in contravention of the laws respectively restraining their rights to these bearable arms.

All five cases involve Second Amendment challenges related to laws in California prohibiting the possession, manufacture, transportation, receipt, sale, and transfer of otherwise lawfully owned and commonly used bearable arms. Consequently, they all involve substantially similar legal issues concerning whether and the extent to which the government may constitutionally restrain law-abiding citizens from possessing, manufacturing, transporting, receiving, selling, and/or transferring bearable arms in common use for self-defense and other lawful purposes. Each action also seeks substantially the same relief against the offending regulatory scheme—a declaration that the respective scheme is unconstitutional and an injunction against further enforcement of the same on that grounds.

Further, this case involves some of the same plaintiffs who are plaintiffs the *Miller* and *Renna* cases—specifically, Firearms Policy Coalition and San Diego County Gun Owners Political Action Committee.

Finally, the consideration of this matter alongside these related matters would effect a savings of judicial effort and avoid or minimize the risk of multiple, inconsistent rulings and judgments within the same District. Accordingly, and

3

pursuant to CivLR 40.1.h, the Clerk of the Court is requested to report the related cases to "the judges concerned at the earliest date practicable."

| | |
|---|---|
| Date: September 24, 2021 | /s/*Raymond M. DiGuiseppe*<br>Raymond M. DiGuiseppe<br>The DiGuiseppe Law Firm, P.C.<br>4320 Southport-Supply Road, Suite 300<br>Southport, NC 28461<br>Tel.: 910-713-8804<br>Email: law.rmd@gmail.com<br>Attorneys for Plaintiffs |