RAYMOND M. DIGUISEPPE
CA State Bar No. 228457
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

JOHN W. DILLON
CA State Bar No. 296788
DILLON LAW GROUP, APC
2647 Gateway Rd.
Suite 105 #255
Carlsbad, CA 92009
P: 760.642.7150
E: jdillon@dillonlawgp.com

WILLIAM SACK*
PA STATE BAR NO. 325863
FIREARMS POLICY COALITION
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584
P: (916) 596-3492
E: wsack@fpclaw.org
* *App. Pro Hac Vice Forthcoming*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; and FIREARMS POLICY COALITION, INC.,<br><br>        Plaintiffs,<br> v.<br><br>CITY OF SAN DIEGO, CALIFORNIA; and DAVID NISLEIT, in his official capacity as Chief of Police of San Diego City, California,<br><br>        Defendants. | Case No.: 21-cv-1676-BAS-BGS<br><br>**PLAINTIFFS' MOTION TO RENEW APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION UPON COMPLETION OF SERVICE**<br><br>**Judge: Hon. Cynthia Bashant**<br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom: 4B** |

1
PLAINTIFFS' MOTION TO RENEW APPLICATION FOR T.R.O. AND ALTERNATIVE MOTION FOR PRELIM. INJUNCTION

## PLAINTIFFS' MOTION TO RENEW APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION UPON COMPLETION OF SERVICE

Plaintiffs James Fahr, Desiree Bergman, Colin Rudolph, San Diego County Gun Owners PAC, and Firearms Policy Coalition, Inc. ("Plaintiffs"), by and through their attorneys, hereby respectfully move to renew their Motion for a Temporary Restraining Order or, Alternatively, Preliminary Injunction ("Motion for a TRO"; ECF No. 2) and application for an order shortening the time for this Court to hear that Motion ("Motion to Shorten"; ECF No. 5) (collectively "Motions"). The renewed motion is brought on the grounds that Plaintiffs have now completed service of both Motions on all Defendants in accordance with this Court's Order, dated September 27, 2021, denying the Motions "without prejudice to their renewal with the appropriate showing that proper service has been made upon Defendants" (ECF No. 6, at p. 4). Proof of such service is attached hereto as part of the renewed Motions, Exhibits A-D, showing the service was completed on September 27, 2021, by 10:10 a.m. Further, Plaintiffs have personally served both Defendants with the instant motion to renew the Motions this morning ("Renewal Motion"), as evidenced by the proofs of service attached hereto as Exhibits E and F.

In addition to the reasons already outlined in support of the Motions, Plaintiffs emphasize that expedited proceedings on the requested relief are necessary to ensure sufficient time for this Court to fully consider and rule upon the request before the Ordinance at issue becomes effective on October 23, 2021. Should the Court find

Plaintiffs have a likelihood of success on their claims, the requested preliminary injunctive relief will be necessary to maintain the status quo and avert the irreparable harm that would occur pending adjudication of the merits, as Plaintiffs and all those similarly situated would otherwise be forced to dispossess themselves of the property targeted by the Ordinance (i.e., all "unfinished frames or receivers" and any other precursor firearm parts necessary to manufacture or assemble a firearm, as well as all non-serialized firearms), and to cease engaging in all conduct targeted by the Ordinance, which includes conduct necessary to engage in the constitutionally protected activity of self-manufacturing arms for self-defense, defense of others, and other lawful purposes (i.e., the possession, purchase, sale, receipt, or transportation of any precursor firearm parts necessary to manufacture or assemble a firearm).

Thus, Plaintiffs respectfully request that the Court set a shortened briefing and hearing schedule that would allow Plaintiffs' application and renewed Motions to be heard and decided before October 23, 2021, with a briefing schedule consistent with the schedule they previously proposed, i.e., a hearing on or before October 8, 2021, Defendants' opposition brief due by October 1, 2021, and Plaintiffs' reply brief due by October 6, 2021, or otherwise as expeditiously as this Court's schedule will allow.

September 28, 2021                          The DiGuiseppe Law Firm, P.C.

                                            */s/ Raymond M. DiGuiseppe*
                                            Raymond M. DiGuiseppe
                                            4320 Southport-Supply Road, Suite 300
                                            Southport, NC 28461
                                            P: 910-713-8804
                                            E: law.rmd@gmail.com

**Declaration of Service**

Plaintiffs have served the above motion on each named Defendant through in-person service as evidenced by the attached proofs of service.

September 28, 2021          The DiGuiseppe Law Firm, P.C.

*/s/ Raymond M. DiGuiseppe*

## TABLE OF CONTENTS OF EXHIBITS

**Exhibit A**  Proof of Service of Complaint & Summons City Attorney
**(1 page)**

**Exhibit B**  Proof of Service of Prior Motions on City Attorney
**(1 page)**

**Exhibit C**  Proof of Service Complaint & Summons on David Nisleit
**(1 page)**

**Exhibit D**  Proof of Service of Prior Motions of David Nisleit
**(1 page)**

**Exhibit E**  Proof of Service of Renewal Motion on City Attorney
**(1 page)**

**Exhibit F**  Proof of Service of Renewal Motion on David Nisleit
**(1 page)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> John W. Dillon | SBN: 296788 <br> DILLON LAW GROUP, APC <br> 2647 Gateway Road Suite 105 No 255 Carlsbad, CA 92009 <br> TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): plaintiff: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION <br> STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053 <br> CITY AND ZIP CODE: SANTA ANA, CA 92701 <br> BRANCH NAME: SOUTHERN DIVISION | |
| PLAINTIFF/PETITIONER: JAMES FAHR, et al. <br> DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, et al. | CASE NUMBER: <br> 21-CV-1676-BAS+BGS |

| PROOF OF SERVICE | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: <br> Fahr v City of San Diego, et al. |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; DECLARATION OF DESIREE BERGMAN; DECLARATION OF JAMES FAHR; DECLARATION OF MICHAEL SCHWARTZ; DECLARATION OF COLIN RUDOLPH; PLAINTIFFS' NOTICE OF RELATED CASES; DECLARATION OF BRANDON COMBS; PLAINTIFF'S APPLICATION FORTEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION; SUPPORTING MEMORANDUM OFPOINTS AND AUTHORITIES;**

| PARTY SERVED: | **CITY OF SAN DIEGO, CALIFORNIA** |
|---|---|
| PERSON SERVED: | **Marguerite Hightower - Dept. City Clerk 1** |
| DATE & TIME: | **9/24/2021** <br> **3:25 PM** |
| ADDRESS: | **202 C St** <br> **San Diego, CA 92101-4806** |
| PHYSICAL DESCRIPTION: | **Age: 56 - 60     Weight: 181-200 Lbs     Hair: Black** <br> **Sex: Female     Height: 5'1 - 5'6     Eyes: Brown** <br> **Skin: African American    Marks:** |

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 144.35**
County: **San Diego**
Registration No.: **3088**
**Nationwide Legal, LLC Reg: 12-234648**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**Ref: Fahr v City of San Diego, et al.**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 24, 2021**.

Signature: *Debra Sousa*
**Debra Sousa**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]     Order#: SD77358/General

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): John W. Dillon | SBN: 296788 DILLON LAW GROUP, APC 2647 Gateway Road Suite 105 No 255   Carlsbad, CA 92009 TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): : | FOR COURT USE ONLY |
|---|---|

| USDC/SOUTHERN DISTRICT OF CALIFORNIA STREET ADDRESS: 221 W. BROADWAY CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900 BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA |
|---|

| PLAINTIFF/PETITIONER: JAMES FAHR, ET AL. DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, ET AL. | CASE NUMBER: 21CV1676BASBGS |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.: FAR V. CITY OF SAN DIEGO |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEARPLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTIONFOR PRELIMINARY INJUNCTION; DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEARPLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTIONFOR PRELIMINARY INJUNCTION; DECLARATION OF JOHN W. DILLON**

PARTY SERVED: **CITY OF SAN DIEGO, CALIFORNIA C/O SAN DIEGO CITY ATTORNEY**
PERSON SERVED: **Colleen Williams - Authorized to accept**
DATE & TIME: **9/27/2021 10:10 AM**
ADDRESS: **OFFICE OF THE CLERK
202 C ST.
SAN DIEGO, CA 92101**

PHYSICAL DESCRIPTION:
**Age: 35-40      Weight: 200        Hair: Black
Sex: Female   Height: 5'6"       Eyes: Brown
Skin: Hispanic     Marks:**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 97.35**
County:
Registration No.:
**Nationwide Legal, LLC Reg: 12-234648
110 West C. St, Suite 1211
San Diego, CA 92101
(619) 232-7500
Ref: FAR V. CITY OF SAN DIEGO**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 27, 2021**.

Signature: _____
**Omar Lopez**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                           Order#: SD77395/General

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John W. Dillon | SBN: 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Road Suite 105 No 255   Carlsbad, CA 92009 | |
| TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: plaintiff: | |

| UNITED STATES DISTRICT COURT OF CALIFORNIA - SOUTHERN DIVISION |
|---|
| STREET ADDRESS: 411 WEST 4TH STREET, ROOM1053 |
| CITY AND ZIP CODE: SANTA ANA, CA 92701 |
| BRANCH NAME: SOUTHERN DIVISION |

| PLAINTIFF/PETITIONER: JAMES FAHR, et al.<br>DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, et al. | CASE NUMBER:<br>21-CV-1676-BAS+BGS |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>Fahr v City of San Diego, et al. |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; DECLARATION OF DESIREE BERGMAN; DECLARATION OF JAMES FAHR; DECLARATION OF MICHAEL SCHWARTZ; DECLARATION OF COLIN RUDOLPH; PLAINTIFFS' NOTICE OF RELATED CASES; DECLARATION OF BRANDON COMBS; PLAINTIFF'S APPLICATION FORTEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTION FOR PRELIMINARY INJUNCTION; SUPPORTING MEMORANDUM OFPOINTS AND AUTHORITIES;**

| | |
|---|---|
| PARTY SERVED: | **David Nisleit in his official capacity as Chief of Police of San Diego City, California** |
| PERSON SERVED: | **Claudia C. (refused to give last name) - Authorized to accept** |
| DATE & TIME: | **9/27/2021**<br>**10:00 AM** |
| ADDRESS: | **1401 Broadway**<br>**San Diego, CA 92101-5710** |
| PHYSICAL DESCRIPTION: | **Age: 40's     Weight: 170      Hair: Black**<br>**Sex: Female   Height: 5'5"     Eyes: Brown**<br>**Skin: Hispanic   Marks:** |

MANNER OF SERVICE:
  **Personal Service - By personally delivering copies.**

Fee for Service: **$ 72.00**
   County: **San Diego**
   Registration No.: **1754**
   **Nationwide Legal, LLC Reg: 12-234648**
   **110 West C. St, Suite 1211**
   **San Diego, CA 92101**
   **(619) 232-7500**
   **Ref: Fahr v City of San Diego, et al.**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 27, 2021**.

Signature: _____
                                              **Anthony Jackson**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                    Order#: SD77360/General

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# EXHIBIT D

17
18
19
20
21
22
23
24
25
26
27
28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address) | FOR COURT USE ONLY |
|---|---|
| John W. Dillon | SBN: 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Road Suite 105 No 255   Carlsbad, CA 92009 | |
| TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: : | |

USDC/SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: JAMES FAHR, ET AL.
DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, ET AL.

CASE NUMBER:
21CV1676BASBGS

**PROOF OF SERVICE**

| Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>FAR V. CITY OF SAN DIEGO |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEARPLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTIONFOR PRELIMINARY INJUNCTION; DECLARATION OF JOHN W. DILLON IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEARPLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER; ALTERNATIVE MOTIONFOR PRELIMINARY INJUNCTION; DECLARATION OF JOHN W. DILLON**

PARTY SERVED: **DAVID NISLEIT, SAN DIEGO CHIEF OF POLICE**

PERSON SERVED: **Claudia C. (refused to give last name) - Authorized to accept**

DATE & TIME: **9/27/2021**
**10:00 AM**

ADDRESS: **SAN DIEGO POLICE HEADQUARTERS**
**1401 BROADWAY**
**SAN DIEGO, CA 92101**

PHYSICAL DESCRIPTION:
**Age: 40's    Weight: 170    Hair: Black**
**Sex: Female    Height: 5'5"    Eyes: Brown**
**Skin: Hispanic    Marks:**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 97.35**
County: **San Diego**
Registration No.: **1754**
**Nationwide Legal, LLC Reg: 12-234648**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**Ref: FAR V. CITY OF SAN DIEGO**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 27, 2021**.

Signature: _____
**Anthony Jackson**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]    Order#: SD77390/General

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John W. Dillon | SBN: 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Road Suite 105 No 255   Carlsbad, CA 92009<br>TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff: | |

| USDC/SOUTHERN DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 221 W. BROADWAY |
| CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900 |
| BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA |

| PLAINTIFF/PETITIONER: JAMES FAHR, ET AL.<br>DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, ET AL. | CASE NUMBER:<br>21-cv-1676-BAS-BGS |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>FAR V. CITY OF SAN DIEGO |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFFS' MOTION TO RENEW APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ALTERNATIVE MOTION FOR PRELIMINARYINJUNCTION UPON COMPLETION OF SERVICE;**

- PARTY SERVED: **CITY OF SAN DIEGO, CALIFORNIA c/o City Clerk**
- PERSON SERVED: **Colleen Williams  - Authorized to accept**
- DATE & TIME: **9/28/2021**
  **11:20 AM**
- ADDRESS: **202 C St**
  **San Diego, CA 92101-4806**
- PHYSICAL DESCRIPTION: **Age: 36 - 40    Weight: 181-200 Lbs    Hair: Brown**
  **Sex: Female     Height: 5'1 - 5'6    Eyes: Brown**
  **Skin: African American Marks:**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 97.35**
County:
Registration No.:
**Nationwide Legal, LLC Reg: 12-234648**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**
**Ref: FAR V. CITY OF SAN DIEGO**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **September 28, 2021**.

Signature: _____
Omar Lopez

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                                                                                               Order#: SD77509/General

# EXHIBIT F

PLAINTIFFS' MOTION TO RENEW APPLICATION FOR T.R.O. AND ALTERNATIVE MOTION FOR PRELIM. INJUNCTION

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| John W. Dillon | SBN: 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Road Suite 105 No 255   Carlsbad, CA 92009<br>TELEPHONE NO.: (760) 642-7150 | FAX NO. (760) 642-7151 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff; | |

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 221 W. BROADWAY
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: JAMES FAHR, ET AL.
DEFENDANT/RESPONDENT: CITY OF SAN DIEGO, ET AL.

CASE NUMBER: 21-cv-1676-BAS-BGS

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>FAR V. CITY OF SAN DIEGO |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**PLAINTIFFS' MOTION TO RENEW APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ALTERNATIVE MOTION FOR PRELIMINARYINJUNCTION UPON COMPLETION OF SERVICE;**

PARTY SERVED: DAVID NISLEIT, in his official capacity as Chief of Police of San Diego City, California

PERSON SERVED: Claudia Shadoan - Authorized to accept

DATE & TIME: 9/28/2021
10:40 AM

ADDRESS: SAN DIEGO POLICE HEADQUARTERS
1401 Broadway
San Diego, CA 92101-5710

PHYSICAL DESCRIPTION:
Age: 41 - 45    Weight: 161-180 Lbs    Hair: Brown
Sex: Female     Height: 5'1 - 5'6       Eyes: Brown
Skin: Latino    Marks: Glasses

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service: **$ 97.35**
County:
Registration No.:
**Nationwide Legal, LLC Reg: 12-234648
110 West C. St, Suite 1211
San Diego, CA 92101
(619) 232-7500
Ref: FAR V. CITY OF SAN DIEGO**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 28, 2021.

Signature: *Omar Lopez*

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                              Order#: SD77508/General