# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

James Fahr, et al.      **Plaintiff,**

v.

City of San Diego, et al.    **Defendant.**

Case No. 3:21-cv-01676

## PRO HAC VICE APPLICATION

Plaintiffs
Party Represented

I, **William Sack** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Firearms Policy Coalition
Street address: 5550 Painted Mirage Road Suite 320
City, State, ZIP: Las Vegas, NV 89149
Phone number: 916-596-3492
Email: WSack@FPCLaw.Org

That on 10/26/2018 (Date) I was admitted to practice before The Pennsylvania Supreme Court (Name of Court) and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I [X have] [ ] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: Renna, et al. v. Bonta, et al.
Case Number: 3:20-cv-2190      Date of Application: 5/27/2021
Application: [X] Granted  [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

John W. Dillon (Name)      760-642-7150 (Telephone)

Dillon Law Group, APC (Firm)

2647 Gateway Rd., Suite 105 #255 (Street)   Carlsbad, CA (City)   92009 (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)