# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　Defendants. | Case No. 21-cv-1676-BAS-BGS<br><br>**ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR A TRO (ECF No. 9); AND**<br><br>**(2) DIRECTING PLAINTIFFS TO SERVE DEFENDANTS WITH THIS ORDER** |

　　　Pursuant to this Court's Order denying their *ex parte* application for a temporary restraining order seeking to enjoin Defendants City of San Diego and its Chief of Police, David Nisleit, from enforcing Ordinance O-2022-7 ("TRO") (ECF No. 2), Plaintiffs filed a renewed application for a TRO on September 28, 2021 and submitted proof that they had given notice to Defendants of their intention to seek such relief that same day ("Renewed Motion for a TRO"). (ECF No. 9.) Plaintiffs request an expedited schedule for this Court to hear their Renewed Motion for a TRO. (*Id.*)

     Defendants shall file any brief(s) in opposition to the Motion for a TRO **no later than October 7, 2021**. Plaintiffs shall file any reply **no later than October 12, 2021**. The Court further **ORDERS** the parties to appear in person for oral argument **on October 19, 2021** at **9:30 a.m.** in Courtroom 4B. *See* Civ. L. R. 7.1(d)(1).

     The Court **ORDERS** Plaintiffs to serve Defendants with a copy of this Order and to provide proof of such service **no later than October 1, 2021**.

     **IT IS SO ORDERED.**

**DATED: September 30, 2021**

Hon. Cynthia Bashant
United States District Judge