| | |
|---|---|
| RAYMOND M. DIGUISEPPE<br>CA State Bar No. 228457<br>THE DIGUISEPPE LAW FIRM, P.C.<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>P: 910-713-8804<br>E: law.rmd@gmail.com | JOHN W. DILLON<br>CA State Bar No. 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Rd.<br>Suite 105 #255<br>Carlsbad, CA 92009<br>P: 760.642.7150<br>E: jdillon@dillonlawgp.com |

WILLIAM SACK*
FIREARMS POLICY COALITION
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584
P: (916) 596-3492
E: wsack@fpclaw.org

*App. Pro Hac Vice Forthcoming*
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br>v.<br><br>CITY OF SAN DIEGO, CALIFORNIA; and DAVID NISLEIT, in his official capacity as Chief of Police of San Diego City, California,<br><br>Defendants. | Case No.: 21-cv-1676-BAS-BGS<br><br>**PLAINTIFF'S NOTICE OF LODGING OF PROOF OF SERVICE OF ORDER (1) SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR A TRO (ECF NO. 9); AND (2) DIRECTING PLAINTIFFS TO SERVE DEFENDANTS WITH THIS ORDER**<br><br>**Judge:** Hon. Cynthia Bashant<br>**Date:** Oct. 19, 2021<br>**Time:** 9:30 a.m.<br>**Courtroom:** 4B |

## NOTICE OF LODGING

TO THE COURT, AND TO ALL PARTIES, THORUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 4, 2021, Plaintiffs James Fahr, Desiree Bergman, Colin Rudolph, San Diego County Gun Owners PAC, and Firearms Policy Coalition, Inc. ("Plaintiffs"), by and through their attorneys, hereby lodge the proofs of service of Court's Order (1) Setting Briefing Schedule And Oral Argument On Plaintiffs' Motion For A TRO (ECF No. 9); And (2) Directing Plaintiffs To Serve Defendants With This Order on Defendants City of San Diego and David Nisleit, in his official capacity as Chief of Police of San Diego City.

As reflected in the proofs of service, service of the Court's Order was completed on both Defendants on September 30, 2021.

Dated: October 4, 2021

THE DIGUISEPPE LAW FIRM. P.C.
*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
4320 Southport-Supply Road, Ste 300
Southport, NC 28461

DILLON LAW GROUP, APC
*/s/ John W. Dillon*
John W. Dillon
2647 Gateway Rd.
Ste 105 #255
Carlsbad, CA 92009

FIREARMS POLICY COALITION
*/s/ William Sack**
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584

*Attorneys for Plaintiffs*