MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney
California State Bar No. 288966
     Office of the City Attorney
     1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
     Telephone:  (619) 533-5800
     Facsimile:  (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO
and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA, <br><br> Defendants. | Case No.  21cv1676 BAS (BGS) <br><br> **NOTICE OF APPEARANCE** <br><br> Judge:  Hon. Cynthia Bashant <br> Court Room:  4B |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

Matthew L. Zollman, Deputy City Attorney, appears on behalf of Defendants CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT in the above referenced action.  All pleadings and papers should be served electronically in this action via ECF to MZollman@sandiego.gov.

Dated:  October 8, 2021       MARA W. ELLIOTT, City Attorney

By _____
    Matthew L. Zollman
    Attorneys for CITY OF SAN DIEGO
    and SAN DIEGO CHIEF OF POLICE
    DAVID NISLEIT