MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney
California State Bar No. 288966
     Office of the City Attorney
     1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
     Telephone:  (619) 533-5800
     Facsimile:  (619) 533-5856

Attorneys for Defendants CITY OF SAN DIEGO
and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA, <br><br> Defendants. | Case No.  21cv1676 BAS (BGS) <br><br> **JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> Judge:  Hon. Cynthia Bashant <br> Court Room:  4B |

Through this motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs, JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; and FIREARMS POLICY COALITION, INC. ("Plaintiffs") and Defendants, CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT ("Defendants"), through their respective counsel of record, hereby stipulate to and jointly move for this Court to allow Defendants additional time within which to answer or otherwise respond to Plaintiffs' Complaint. Therefore, the last day for Defendants to answer or otherwise respond to Plaintiffs' Complaint will be **November 8, 2021**.

1    Good cause exists to warrant an extension of time for the Defendants to file

2  an answer or otherwise respond to Plaintiffs' Complaint for the following reasons:

3    WHEREAS Plaintiffs filed the instant Complaint on September 23, 2021;

4    WHEREAS Defendants' current deadline to respond to the complaint is

5  October 18, 2021;

6    WHEREAS Plaintiffs filed an application for temporary restraining order and

7  alternative motion for preliminary injunction on September 23, 2021;

8    WHEREAS Defendants filed a response to Plaintiffs application for

9  temporary restraining order and alternative motion for preliminary injunction on

10  October 7, 2021;

11    WHEREAS Plaintiffs filed a reply to Defendants response to Plaintiffs

12  application for temporary restraining order and alternative motion for preliminary

13  injunction on October 12, 2021;

14    WHEREAS Defendants intend to file a motion under Rule 12(b)(6) and

15  require additional time to comply with the Court's Chamber Rules and Standing

16  Order for Civil Cases requiring conference of counsel prior to filing a noticed

17  motion;

18    WHEREAS the parties have jointly agreed to continue Defendants'

19  responsive pleadings deadline to allow for a conference of counsel;

20    WHEREAS no party will suffer prejudice due to the requested brief

21  extension of time for responsive pleadings;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

The parties hereby respectfully request that that Court grant the instant joint motion and issue an Order extending the deadline for Defendants' responsive pleadings to Plaintiffs' Complaint to November 8, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  October 15, 2021          DILLON LAW GROUP, APC


By  */s/ John W. Dillon*_____
John W. Dillon
Attorney for Plaintiffs

Dated:  October 15, 2021          THE DIGUISEPPE LAW FIRM, P.C.


By  */s/ Raymond M. DiGuiseppe*___
Raymond M. DiGuiseppe
Attorney for Plaintiffs


Dated:  October 15, 2021          FIREARMS POLICY COALITION


By  */s/ William Sack*_____
William Sack
Attorney for Plaintiffs

Dated:  October 15, 2021          MARA W. ELLIOTT, City Attorney


By  */s/ Matthew L. Zollman*_____
Matthew L. Zollman
Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John W. Dillon, Raymond M. DiGuiseppe, and William Sack, counsel for Plaintiffs and that I have obtained Mr. Dillon, Mr. DiGuiseppe, and Mr. Sack's authorization to affix his electronic signature to this document.

Dated:  October 15, 2021          MARA W. ELLIOTT, City Attorney


By   */s/ Matthew L. Zollman*
Matthew L. Zollman
Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT