# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN DIEGO, *et al.*,<br><br>    Defendants. | Case No. 21-CV-01676-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND (ECF No. 18)** |

On October 15, 2021, the parties jointly moved to extend Defendants' deadline to answer, or otherwise respond to, the Complaint until November 8, 2021. (ECF No. 18.) Having reviewed the Joint Motion and the papers submitted in support thereof, and good cause having been shown, the Court **GRANTS** the parties' request. The Court orders Defendants to respond to the Complaint **no later than November 8, 2021**.

   IT IS SO ORDERED.

**DATED: October 15, 2021**

Hon. Cynthia Bashant
United States District Judge