RAYMOND M. DIGUISEPPE
CA State Bar No. 228457
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
P: 910-713-8804
E: law.rmd@gmail.com

JOHN W. DILLON
CA State Bar No. 296788
DILLON LAW GROUP, APC
2647 Gateway Rd.
Suite 105 #255
Carlsbad, CA 92009
P: 760.642.7150
E: jdillon@dillonlawgp.com

WILLIAM SACK*
PA STATE BAR NO. 325863
FIREARMS POLICY COALITION
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584
P: (916) 596-3492
E: wsack@fpclaw.org
** App. Pro Hac Vice Forthcoming*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; and FIREARMS POLICY COALITION, INC.,

Plaintiffs,

v.

CITY OF SAN DIEGO, CALIFORNIA; and DAVID NISLEIT, in his official capacity as Chief of Police of San Diego City, California,

Defendants.

Case No.: 21-CV-1676-BAS-BGS

**JOINT MOTION AND STIPULATION TO CONTINUE BRIEFING SCHEDULE FOR MOTION TO DISMISS**

Judge: Hon. Cynthia Bashant
Date: February 7, 2022
Courtroom: 4B
Trial: Not Set

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

Plaintiffs James Fahr, et al., and Defendants City of San Diego and David Nisleit, in his official capacity as Chief of Police, through their respective counsel of record, and pursuant to Civil Local Rule 7.2 and Hon. Judge Bashant's Standing Order for Civil Cases, 4(B), hereby jointly move the Court to continue the current briefing schedule to Parties' stipulated briefing schedule set forth below.

## RELEVANT PROCEDURAL BACKGROUND

Plaintiffs filed their complaint on September 23, 2021. ECF No. 1. On September 23, 2021, Plaintiffs filed Plaintiffs' ex parte Motion for Temporary Restraining Order, or Alternatively Preliminary Injunction ("Motion for a TRO") and ex parte application for an order shortening time. ECF Nos. 2, 5. After this motion was initially denied, Plaintiffs filed Plaintiffs' motion to Renew Application For Temporary Restraining Order and Alternative Motion For Preliminary Injunction Upon Completion of Service. ECF No. 9. The hearing for Plaintiffs' TRO Motion was conducted on October 19, 2021. ECF No. 20. This Court denied Plaintiffs' TRO Motion on October 20, 2021. ECF No. 21. Defendants then filed their notice of motion and motion to dismiss Plaintiffs' Complaint on November 5, 2021. ECF No. 22.

## I. GOOD CAUSE EXISTS TO GRANT THE PARTIES' MOTION AND STIPULATED BRIEFING SCHEDULE

Under the current briefing schedule, Plaintiffs' opposition brief is due December 20, 2021, and Defendants' reply brief is due December 27, 2021. Good cause exists to continue the current briefing schedule. First, all parties agree that the rescheduling is consistent with their calendar and other pre-existing calendar commitments. Second, the additional time will avoid preparation of the opposition and reply briefing during the important upcoming holidays. Third, this short extension will not cause any prejudice to the parties and will not unnecessarily delay the overall trial process.

WHEREFORE, IT IS STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, as follows:

1. The new hearing date for Defendants' Motion to Dismiss will be on or after Monday, February 7, 2022.

2. Pursuant to Local Rule 7.1(e), Plaintiffs must file and serve their opposition to Defendants' motion to dismiss on or before January 24, 2022 (14 calendar days before the hearing). Defendants' reply brief must be filed and served on or before January 31, 2022 (7 calendar days before the hearing).

3. A proposed order will be lodged with the Court concurrently with submission of this joint motion and stipulation.

December 6, 2021

THE DIGUISEPPE LAW FIRM, P.C.

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
4320 Southport-Supply Road, Ste 300
Southport, NC 28461

DILLON LAW GROUP, APC

*/s/ John W. Dillon*
John W. Dillon
2647 Gateway Rd.
Ste 105 #255
Carlsbad, CA 92009

FIREARMS POLICY COALITION

*/s/ William Sack**
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149-4584
** App. Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*

December 6, 2021

MARA W. ELLIOTT, City Attorney

By: ___*/s/ Matthew L. Zollman*____
Matthew L. Zollman
Deputy City Attorney

Attorneys for Defendants CITY OF SAN DIEGO AND SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

**Certification re: Electronic Signatures Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(f)(4)**

I, John W. Dillon, hereby certify and attest that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization for use of the electronic signatures of all parties on the document, including Mr. Matthew L. Zollman, attorney for Defendants.

December 6, 2021

By:______________________
John W. Dillon
Attorney for Plaintiffs