# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, et al., <br><br> Defendants. | Case No. 21-cv-1676-BAS-BGS <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE (ECF No. 23)** |

Before the Court is the parties' joint motion to continue the briefing schedule for Defendants' motion to dismiss (ECF No. 22). (Joint Mot., ECF No. 23.) Currently, Plaintiffs' opposition is due no later than December 20, 2021, and Defendants' reply is due no later than December 27, 2021. The parties state that a continuance is necessary to "avoid preparation of the opposition and reply briefing during the important upcoming holidays." (Joint Mot. 2.) Having found good cause, the Court **GRANTS** the Joint Motion. Accordingly, Plaintiffs shall file their opposition **by no later than January 24, 2022**, and Defendants shall file their reply **by no later than January 31, 2022**.

 IT IS SO ORDERED.

**DATED: December 7, 2021**

Hon. Cynthia Bashant
United States District Judge

- 1 -