| | |
|---|---|
| RAYMOND M. DIGUISEPPE<br>CA State Bar No. 228457<br>THE DIGUISEPPE LAW FIRM, P.C.<br>4320 Southport-Supply Road<br>Suite 300<br>Southport, NC 28461<br>P: 910-713-8804<br>E: law.rmd@gmail.com<br><br>JOHN W. DILLON<br>CA State Bar No. 296788<br>DILLON LAW GROUP, APC<br>2647 Gateway Rd.<br>Suite 105 #255<br>Carlsbad, CA 92009<br>P: 760.642.7150<br>E: jdillon@dillonlawgp.com<br><br>WILLIAM SACK*<br>FIREARMS POLICY COALITION<br>5550 Painted Mirage Road, Ste 320<br>Las Vegas, NV 89149-4584<br>P: (916) 596-3492<br>E: wsack@fpclaw.org<br>*Pro Hac Vice<br>*Attorneys for Plaintiffs* | MARA W. ELLIOTT, CITY ATTORNEY<br>M. TRAVIS PHELPS, ASST. CITY ATY.<br>MATTHEW L. ZOLLMAN, DEPUTY CITY ATY.<br>CA State Bar No. 288966<br>OFFICE OF THE CITY ATTORNEY<br>1200 THIRD AVENUE, SUITE 1100<br>SAN DIEGO, CALIFORNIA 92101-4100<br>TELEPHONE: (619) 533-5800<br>FACSIMILE: (619) 533-5856<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, CALIFORNIA, et al.,<br><br>Defendants. | Case No.:<br>21-CV-1676-BAS-BGS<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Cynthia Bashant<br>Courtroom: 4B<br>Trial: Not Set |

      This matter was stayed for a period of 90 days effective July 25, 2022, pending further proceedings in the appeal from the judgment in *Roger Palmer, et al. v. Stephen Sisolak, et al.*, 3:21-cv-02680-MMD-CSD (D. Nev.), Ninth Circuit Case No. 22-15645. The appeal is progressing in due course. The appellants' opening brief was filed on October 7, 2022. The current due date for the appellees' brief is November 7, 2022, although it is customary for parties on appeal to require and be granted at least one 30-day extension of time to file their respective briefs. Thus, the appellees' brief likely will not be filed until at least early December. Once that brief is filed, the appellants will have 21 days in which to file a reply, although some additional time (e.g., another couple of weeks) is often required and granted for reply briefs. Thus, most likely, the case will be fully briefed by early to mid-January of 2023. Oral argument is normally held within three to six months of the close of briefing. The decision normally issues within one to three months of the argument. Foreseeably then, this case should be fully resolved by sometime next summer.

      The parties agree that the stay should remain in effect until the decision in *Palmer* has issued, for the same reasons that the case was stayed in the first instance.

Dated: October 17, 2022

Respectfully submitted,

*Attorneys for Plaintiffs*

| THE DIGUISEPPE LAW FIRM, P.C. | DILLON LAW GROUP, APC |
|---|---|
| */s/ Raymond M. DiGuiseppe* | */s/ John W. Dillon* |
| Raymond M. DiGuiseppe | John W. Dillon |
| THE DIGUISEPPE LAW FIRM, P.C. | DILLON LAW GROUP, APC |
| 4320 Southport-Supply Road | 2647 Gateway Rd. |
| Suite 300 | Ste 105 #255 |
| Southport, NC 28461 | Carlsbad, CA 92009 |
| P: 910-713-8804 | P: 760.642.7150 |
| E: law.rmd@gmail.com | E: jdillon@dillonlawgp.com |

| | |
|---|---|
| 1 | FIREARMS POLICY COALITION |
| 2 | */s/ William Sack\** |
| 3 | FIREARMS POLICY COALITION |
| 4 | 5550 Painted Mirage Road<br>Suite 320 |
| 5 | Las Vegas, NV 89149-4584 |
| 6 | P: (916) 596-3492<br>E: wsack@fpclaw.org |
| 7 | |
| 8 | *Attorneys for Defendants* |
| 9 | MATTHEW L. ZOLLMAN, DEPUTY CITY ATTORNEY |
| 10 | OFFICE OF THE CITY ATTORNEY |
| 11 | */s/Matthew L. Zollman* |
| 12 | 1200 THIRD AVENUE, SUITE 1100 |
| 13 | SAN DIEGO, CALIFORNIA 92101-4100<br>TELEPHONE: (619) 533-5800 |
| 14 | FACSIMILE: (619) 533-5856 |
| 15 | *Attorneys for Defendants* |

**CERTIFICATION**

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

DATED: October 17, 2022                     */s/ Raymond M. DiGuiseppe*

                                                          Raymond M. DiGuiseppe