RAYMOND M. DIGUISEPPE (SBN 228457)
THE DIGUISEPPE LAW FIRM, P.C.
4320 Southport-Supply Road
Suite 300
Southport, NC 28461
Phone: (910) 713-8804

JOHN W. DILLON (SBN 296788)
DILLON LAW GROUP APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Phone: (760) 642-7150
Fax: (760) 642-7151

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, an individual, et al., <br><br> Plaintiffs, <br> vs. <br> CITY OF SAN DIEGO, CALIFORNIA, et al., <br><br> Defendants. | Case No. 21-CV-1676-BAS-BGS <br><br> **NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF ATTORNEY** |

1  PLEASE TAKE NOTICE, on OCTOBER 10, 2023, William Sack, counsel for Plaintiffs *Fahr et al.*, hereby requests that this Court permit his removal as one of the counsel of record for Plaintiffs. Counsel has provided notice to all Plaintiffs. Plaintiffs have and will continue to have representation in this matter. Withdrawal will not result in any prejudice to Plaintiffs or delay in this case. With this notice and motion, the undersigned counsel requests that William Sack be removed from the docket.

Respectfully submitted,

__/s/ *John W. Dillon*____
John W. Dillon