# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, *et al.*,<br><br>    Defendants. | Case No. 21-cv-1676-BAS-BGS<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY (ECF No. 34)** |

Presently before the Court is John W. Dillon's motion to withdraw William Sack as counsel for Plaintiffs. (Mot., ECF No. 34.) Mr. Dillon indicates that Plaintiffs have and will continue to have representation in this matter and that withdrawal will not result in any prejudice to Plaintiffs or delay in this case. Good cause appearing, the Court **GRANTS** the Motion. The Clerk is instructed to update the docket to reflect Mr. Sack's withdrawal as counsel of record for Plaintiffs.

   **IT IS SO ORDERED.**

DATED: October 12, 2023

Hon. Cynthia Bashant
United States District Judge

- 1 -

21cv1676