# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, *et al.*, <br><br> Defendants. | Case No. 21-cv-1676-BAS-BGS <br><br> **ORDER REQUIRING JOINT STATUS REPORT** |

On July 25, 2022, the Court granted the parties' Joint Motion and Stipulation to Stay Trial Proceedings. (ECF Nos. 31–32.) The parties filed a status report on October 17, 2022 (ECF No. 33), but have not informed the Court of any developments in the status of the case since then. Accordingly, the Court orders the parties to file a joint status report regarding this proceeding no later than **November 7, 2023**.

**IT IS SO ORDERED.**

**DATED: October 24, 2023**

Hon. Cynthia Bashant
United States District Judge

- 1 -

21cv1676