MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney (CSBN 288966)
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants City of San Diego and San Diego Chief of Police David Nisleit

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA, <br><br> Defendants. | Case No. 21cv1676 BAS (BGS) <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Cynthia Bashant <br> Court Room: 4B <br> Trial: Not Set |

This matter was stayed for a period of days effective July 25, 2022, pending further proceedings in the appeal from the judgment in *Roger Palmer, et al. v. Stephen Sisolak, et al.,* 3:21-cv-02680-MMD-CSD (D. Nev.), Ninth Circuit Case No. 22-15645.

The Ninth Circuit heard oral argument on May 9, 2023, and issued an Order on May 26, 2023, retaining jurisdiction over the case while remanding to the

district court for the limited purpose of developing a record and making findings as to: (1) whether A.B. 286 conforms to "this Nation's historical tradition of firearm regulation," (2) whether it is possible in Nevada to lawfully add a serial number to a self-manufactured unserialized firearm and/or unfinished frame or receiver, and if so, how and under what circumstances; (3) whether it is possible in Nevada to lawfully obtain serialized self-manufacturing and/or self-assembly firearm kits, and if so, how and under what circumstances; and (4) what kind of self-manufacturing Plaintiffs want to engage in.

On July 24, 2023, the parties in *Palmer* filed a joint status report in the district court proposing a discovery plan to develop the record discussed in the Ninth Circuit's Order. The proposed plan recommends three months of fact discovery, three months of expert discovery, and one month to develop proposed findings of fact. The Court has not yet adopted or otherwise responded to the parties' proposal.

The parties in this case agree that the stay should remain in effect until the proceedings in the Ninth Circuit have concluded, for the same reasons that the case was stayed in the first instance.

Dated: November 6, 2023

Respectfully submitted,

*Attorneys for Plaintiffs*

| THE DIGUISEPPE LAW FIRM, P.C. | DILLON LAW GROUP, APC |
|---|---|
| /s/ Raymond M. DiGuiseppe | /s/ John W. Dillon |
| Raymond M. DiGuiseppe | John W. Dillon |
| THE DIGUISEPPE LAW FIRM, P.C. | DILLON LAW GROUP, APC |
| 116 N. Howe Street, Suite A | 2647 Gateway Rd., Ste 105 #255 |
| Southport, NC 28461 | Carlsbad, CA 92009 |
| P: 910-713-8804 | P: 760.642.7150 |
| E: law.rmd@gmail.com | E: jdillon@dillonlawgp.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

*Attorneys for Defendants*

MARA W. ELLIOTT, CITY ATTORNEY

/s/ *Matthew L. Zollman*_____
Matthew L. Zollman
Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
P: (619) 533-5800
E: mzollman@sandiego.gov

*Attorneys for Defendants*

## CERTIFICATION

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: November 6, 2023                    /s/*Matthew L. Zollman*_____
                                                          Matthew L. Zollman