# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA<br><br>　　　　Defendants. | Case No.  21cv1676 BAS (BGS)<br><br>**DECLARATION OF SERVICE** |

　　　I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. My business address is 1200 Third Avenue, Suite 1100, San Diego, CA 92101. I served the individuals listed below the following documents:

## JOINT STATUS REPORT

1) 　By placing a copy in a sealed envelope and placing it for collection and mailing with the United States Postal Service this same day, at my address shown above, following ordinary business practices, addressed as follows:

2) 　By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing copies (first class mail, postage prepaid) to the person served at the place where the copies were left.

3) 　By electronic service, I caused to be served by electronically mailing a true and correct copy through electronic mail system to the e-mail addressee(s) set forth above, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

4) **X** By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties.

5) By personally serving the individual named by personally delivering the copies to the offices of the addressee. Time of delivery: a.m./p.m.

| Raymond Mark DiGuiseppe, Esq. **THE DIGUISEPPE LAW FIRM, P.C.** 116 N. Howe Street, Suite A Southport, NC 28461 Tel: (910) 713-8804 Fax: (910) 672-7705 law.rmd@gmail.com  *Attorney for Plaintiff James Fahr, Desiree Bergman, Colin Rudolph, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC* | William Aaron Sack, Esq. **SECOND AMENDMENT FOUNDATION** 12500 NE 10th Pl. Bellevue, WA 98005 Tel: (484) 343-1685 Wsack@saf.org  *Attorney for Plaintiff James Fahr, Desiree Bergman, Colin Rudolph, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC* |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed: **November 6, 2023**, at San Diego, California

_(signature)_
MARIA COOK