```
 1   Chad Flores
     Texas Bar. No 24059769
 2   Flores Law PLLC
     917 Franklin Street
 3   Suite 600
     Houston, Texas 77002
 4   (713) 364-6640
     cf@chadflores.law
 5
     John W. Dillon
 6   California Bar No. 296788)
     Dillon Law Group APC
 7   2647 Gateway Road
     Suite 105, No. 255
 8   Carlsbad, California 92009
     (760) 642-7150
 9   jdillon@dillonlawgp.com

10   Attorneys for Plaintiffs
```

11 **UNITED STATES DISTRICT COURT**

12 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James Fahr, et al. | No. 21-cv-1676-BAS-BGS |
| Plaintiffs, | |
| v. | **Notice of Appearance** |
| City of San Diego, et al., | |
| Defendants. | Judge: Hon. Cynthia Bashant<br>Court Room: 4B |

**Notice of Appearance**

Chad Flores of Flores Law PLLC, having been permitted to participate in this action *pro hac vice*, now appears as lead counsel for all Plaintiffs.

January 6, 2025.                               Respectfully submitted,

/s/ Chad Flores
By: Chad Flores
Texas Bar. No 24059769
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
cf@chadflores.law

John W. Dillon
California Bar No. 296788
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs