| | |
|---|---|
| 1 | HEATHER FERBERT, City Attorney |
| | M. TRAVIS PHELPS, Assistant City Attorney |
| 2 | MATTHEW L. ZOLLMAN, Deputy City Attorney |
| | California State Bar No. SBN 288966 |
| 3 | Office of the City Attorney |
| | 1200 Third Avenue, Suite 1100 |
| 4 | San Diego, California 92101-4100 |
| | Telephone: (619) 533-5800 |
| 5 | Facsimile: (619) 533-5856 |

Attorneys for Defendants CITY OF SAN DIEGO
and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, *et. al.* | Case No. 21cv1676 BAS (BGS) |
| Plaintiffs, | **THIRD JOINT STATUS REPORT** |
| v. | |
| CITY OF SAN DIEGO, *et al.*, | Judge: Hon. Cynthia Bashant |
| | Court Room: 4B |
| Defendants. | Trial: Not Set |

This matter was stayed for a period of days effective July 25, 2022, pending further proceedings in the appeal from the judgment in *Roger Palmer, et al. v. Stephen Sisolak, et al.*, 3:21-cv-02680-MMD-CSD (D. Nev.), Ninth Circuit Case No. 22-15645.

The Ninth Circuit heard oral argument on May 9, 2023, and issued an Order on May 26, 2023, retaining jurisdiction over the case while remanding to the district court for the limited purpose of developing a record and making findings as to: (1) whether A.B. 286 conforms to "this Nation's historical tradition of firearm regulation," (2) whether it is possible in Nevada to lawfully add a serial number to a self-manufactured unserialized firearm and/or unfinished frame or receiver, and if so, how and under what circumstances; (3) whether it is possible in Nevada to

lawfully obtain serialized self-manufacturing and/or self-assembly firearm kits, and if so, how and under what circumstances; and (4) what kind of self-manufacturing Plaintiffs want to engage in.

On July 24, 2023, the parties in *Palmer* filed a joint status report in the district court proposing a discovery plan to develop the record as outlined in the Ninth Circuit's Order. On December 21, 2023, the district court established a discovery and submission schedule for the parties' proposed Findings of Fact and Conclusions of Law.

On August 21, 2024, the parties submitted their respective proposed Findings of Fact and Conclusions of Law to the district court.

On October 7, 2024, the Court issued an order primarily adopting Defendants' proposed Findings of Fact and rejecting Plaintiffs' proposed findings. Pursuant to the Ninth Circuit's directive, the Court ordered the parties to notify the appellate court of these findings.

The parties agree that the stay should remain in effect until proceedings in the Ninth Circuit have concluded, consistent with the reasons the case was initially stayed.

Dated: January 6, 2025         Respectfully submitted,

FLORES LAW PLLC.

By: */s/ Chad Flores* _____
    Chad Flores*
Attorney for Plaintiffs JAMES FAHR, et. al.
*Admitted Pro Hac Vice*

DILLON LAW GROUP, APC

By: */s/ John W. Dillon*_____
    John W. Dillon
Attorney for Plaintiffs JAMES FAHR, et. al.

HEATHER FERBERT, CITY ATTORNEY

By: /s/ *Matthew L. Zollman*_____
Matthew L. Zollman
Attorneys for Defendants CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT

**CERTIFICATION**

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: January 6, 2025

By: /s/ *Matthew L. Zollman*_____
Matthew L. Zollman
Attorneys for Defendants CITY OF SAN DIEGO and SAN DIEGO CHIEF OF POLICE DAVID NISLEIT