UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No.: 21-cv-1676-BJC-DTF<br><br>**ORDER REQUIRING FOURTH JOINT STATUS REPORT** |

On July 25, 2022, the Court granted the parties' Joint Motion and Stipulation to Stay Trial Proceedings. ECF Nos. 31–32. The parties filed status reports on October 17, 2022 (ECF No. 33), November 6, 2023 (ECF No. 37), and January 6, 2025 (ECF No. 44), but have not informed the Court of any developments in the status of the case since then. Accordingly, the Court **ORDERS** the parties to file a joint status report regarding this proceeding no later than **August 15, 2025**.

  **IT IS SO ORDERED**.

Dated: July 30, 2025

                 _____

                 Honorable Benjamin J. Cheeks
                 United States District Judge