HEATHER FERBERT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney (CSBN 288966)
   Office of the City Attorney
   1200 Third Avenue, Suite 1100
   San Diego, California 92101-4100
   Telephone: (619) 533-5800
   Facsimile: (619) 533-5856

Attorneys for Defendants City of San Diego and San Diego Chief of Police David Nisleit

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA, <br><br> Defendants. | Case No. 21cv1676 BJC (DTF) <br><br> **JOINT STATUS REPORT** <br><br><br> Judge: Hon. Benjamin J. Cheeks <br> Court Room: 3A <br> Trial: Not Set |

     This matter was stayed for a period of days effective July 25, 2022, pending further proceedings in the appeal from the judgment in *Roger Palmer, et al. v. Stephen Sisolak, et al.,* 3:21-cv-02680-MMD-CSD (D. Nev.), Ninth Circuit Case No. 22-15645.

     The Ninth Circuit heard oral argument on May 9, 2023, and issued an Order on May 26, 2023, retaining jurisdiction over the case while remanding to the

district court for the limited purpose of developing a record and making findings as to: (1) whether A.B. 286 conforms to "this Nation's historical tradition of firearm regulation," (2) whether it is possible in Nevada to lawfully add a serial number to a self-manufactured unserialized firearm and/or unfinished frame or receiver, and if so, how and under what circumstances; (3) whether it is possible in Nevada to lawfully obtain serialized self-manufacturing and/or self-assembly firearm kits, and if so, how and under what circumstances; and (4) what kind of self-manufacturing Plaintiffs want to engage in.

On July 24, 2023, the parties in *Palmer* filed a joint status report in the district court proposing a discovery plan to develop the record as outlined in the Ninth Circuit's Order. On December 21, 2023, the district court established a discovery and submission schedule for the parties' proposed Findings of Fact and Conclusions of Law.

On August 21, 2024, the parties submitted their respective proposed Findings of Fact and Conclusions of Law to the district court. On October 7, 2024, the Court issued an order primarily adopting Defendants' proposed Findings of Fact and rejecting Plaintiffs' proposed findings. Pursuant to the Ninth Circuit's directive, the Court ordered the parties to notify the appellate court of these findings. On October 21, 2024, the parties notified the Ninth Circuit of the district court's findings.

As of the date of this status report, the Ninth Circuit has not issued a decision and has not scheduled oral argument.

Plaintiffs will amend their pleading by August 31, 2025, with Defendants' consent under Federal Rule of Civil Procedure 15(a)(2). The parties request that the Court permit this amendment as a limited exception to the stay and that the stay

/ / / / /

/ / / / /

/ / / / /

otherwise remain in effect until the Ninth Circuit proceedings conclude or a party moves to lift it.

Dated: August 14, 2025

Respectfully submitted,

***Attorneys for Plaintiffs***

FLORES LAW PLLC

By: <u>/s/ *Chad Flores*</u>
    Chad Flores*
Attorney for Plaintiffs JAMES FAHR, et. al.
**Admitted Pro Hac Vice*

***Attorneys for Defendants***

HEATHER FERBERT, CITY ATTORNEY

<u>/s/ *Matthew L. Zollman*</u>
Matthew L. Zollman
Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
P: (619) 533-5800
E: mzollman@sandiego.gov

*Attorneys for Defendants* CITY OF SAN DIEGO

**CERTIFICATION**

I certify that I have obtained authorization to affix to this document the electronic signatures of the above-listed signatories, pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual.

Dated: August 14, 2025            <u>/s/*Matthew L. Zollman*</u>
                                                   Matthew L. Zollman

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR; DESIREE BERGMAN; COLIN RUDOLPH; SAN DIEGO COUNTY GUN OWNERS PAC; AND FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN DIEGO, CALIFORNIA AND DAVID NISLEIT, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE OF SAN DIEGO CITY, CALIFORNIA <br><br> Defendants. | Case No. 21cv1676 BAS (BGS) <br><br> **DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

## FOURTH JOINT STATUS REPORT

I caused said documents listed above to be served electronically by CM/ECF to the following individuals:

Raymond Mark DiGuiseppe, Esq.
**THE DIGUISEPPE LAW FIRM, P.C.**
116 N. Howe Street, Suite A
Southport, NC 28461
Telephone: (910) 713-8804
Facsimile: (910) 672-7705
law.rmd@gmail.com
***Attorney for Plaintiff James Fahr, Desiree Bergman, Colin Rudolph, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC***

William Aaron Sack, Esq.
**SECOND AMENDMENT FOUNDATION**
12500 NE 10th Pl.
Bellevue, WA 98005
Telephone: (484) 343-1685
Wsack@saf.org

***Attorney for Plaintiff James Fahr, Desiree Bergman, Colin Rudolph, Firearms Policy Coalition, Inc., San Diego County Gun Owners PAC***

**FLORES LAW PLLC.**
Chad Flores*
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Telephone: (713) 364-6640
Email: cf@chadflores.law
*Attorney for Plaintiffs* **JAMES FAHR,** *et. al*
*Admitted Pro Hac Vice*

**DILLON LAW GROUP, APC**
John W. Dillon
2647 Gateway Rd., Ste 105
Carlsbad, CA 92009
Telephone: (760) 642-7150
Email: jdillon@dillonlawgp.com
*Attorneys for Plaintiffs* **JAMES FAHR,** *et. al*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 15, 2025, at San Diego, California.

*[signature]*
Chela Madere
Legal Secretary