Chad Flores (Texas Bar. No 24059769)
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
cf@chadflores.law

John W. Dillon (California Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Fahr, et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>City of San Diego, et al.,<br><br>　　　　　Defendants. | No. 21-cv-1676-BJC-DTF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF JAMES FAHR**<br><br>Judge: Hon. Benjamin Cheeks<br>Court Room: 3A<br>Trial: Not set |

1

# STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF JAMES FAHR

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs James Fahr, et al. ("Plaintiffs"), and Defendants City of San Diego, et al. ("Defendants"), through their respective counsel, that the claims and causes of action asserted by Plaintiff James Fahr against Defendants City of San Diego, et al., are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, disbursements, and attorney's fees incurred with respect to Plaintiff James Fahr's claims.

IT IS FURTHER STIPULATED that this dismissal applies solely to Plaintiff James Fahr and shall not affect, prejudice, or otherwise impact any remaining parties, claims, causes of action, or proceedings in this action, all of which are expressly preserved and shall continue in full force and effect.

Respectfully submitted,

*Attorneys for Plaintiffs*

| FLORES LAW PLLC. | DILLON LAW GROUP, APC |
|---|---|
| /s/ Chad Flores | /s/ John W. Dillon |
| Chad Flores* | John W. Dillon |
| Flores Law PLLC | DILLON LAW GROUP, APC |
| 917 Franklin Street, Suite 600 | 2647 Gateway Rd., Ste 105 #255 |
| Houston, Texas 77002 | Carlsbad, CA 92009 |
| P: (713) 364-6640 | P: 760.642.7150 |
| E: cf@chadflores.law | E: jdillon@dillonlawgp.com |
| *Attorney for Plaintiffs* | *Attorneys for Plaintiffs* |
| *Pro hac vice | |

***Attorneys for Defendants***

HEATHER FERBERT, CITY ATTORNEY

<u>/s/ *Matthew L. Zollman*</u>
Matthew L. Zollman
Deputy City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
P: (619) 533-5800
E: <u>mzollman@sandiego.gov</u>

*Attorneys for Defendants*