Chad Flores (Texas Bar. No 24059769)
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
chad@chadflores.law

John W. Dillon (California Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Desiree Bergman, et al.<br><br>Plaintiffs,<br><br>v.<br><br>City of San Diego,<br>County of San Diego, et al.,<br><br>Defendants. | No. 21-cv-1676-BJC-DTF<br><br>**Plaintiffs' Notice of Errata Correcting Exhibit A Attached to Plaintiffs' Amended Complaint**<br><br>Hon. Benjamin J. Cheeks<br>Court Room: 3A<br>Trial: Not Set |

1  Plaintiffs Plaintiff hereby files this Notice of Errata regarding the Amended
2  Complaint filed on February 12, 2026, ECF No. 51.
3  Due to clerical error, the document attached as Exhibit A to the Amended
4  Complaint was not the intended exhibit. Plaintiff hereby corrects that error and
5  submits the correct document as Exhibit A attached hereto, along with the Amended
6  Complaint and Exhibit B.
7  This Notice does not alter the allegations, claims, or substantive content of the
8  Amended Complaint; it corrects only the exhibit previously attached in error.

Respectfully submitted,

___/s/ Chad Flores_____

Chad Flores (Texas Bar. No 24059769)
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
cf@chadflores.law


___/s/ John W. Dillon____
John W. Dillon (California Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs