DAMON M. BROWN, County Counsel (SBN 242265)
By: AUSTIN M. UHLER, Principal Deputy (SBN 319684)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860
Email: austin.uhler@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and
San Diego County Sheriff Kelly Martinez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO, *et al.*,<br><br>    Defendants. | No. 21-cv-1676-BJC-BJW<br>Action filed: September 23, 2021<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS COUNTY OF SAN DIEGO AND KELLY MARTINEZ**<br><br>District Judge:   Hon. Benjamin J. Cheeks<br>Magistrate Judge: Hon. Brian J. White<br>Courtroom:        3A |

# NOTICE OF APPEARANCE

TO THE CLERK, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the attorney of record in this action for Defendants County of San Diego and San Diego County Sheriff Kelly Martinez is Austin M. Uhler, Principal Deputy County Counsel. His office address, telephone number, and email address are: Office of County Counsel, 1600 Pacific Highway, Room 355, San Diego, CA 92101; (619) 318-7865; austin.uhler@sdcounty.ca.gov.

DATED: March 11, 2026          DAMON M. BROWN, County Counsel

By: *[signature]*
AUSTIN M. UHLER, Principal Deputy
Attorneys for Defendants County of San Diego
and San Diego County Sheriff Kelly Martinez
Email: austin.uhler@sdcounty.ca.gov