# DECLARATION OF SERVICE

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California 92101.

On March 11, 2026, I served the following documents:

- **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS COUNTY OF SAN DIEGO AND KELLY MARTINEZ**

in the following manner:

☒ **(BY CM/ECF)** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel/s as follows:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2026, at San Diego, California.

*s/ Sandra J. Bautista*
Sandra J. Bautista

*Fahr et al v. City of San Diego, California et al.*;
USDC No. 21-cv-01676-BJC-BJW

## SERVICE LIST

| | |
|---|---|
| Charles Flores, Esq.<br>**FLORES LAW PLLC**<br>917 Franklin Street, Ste. 600<br>Houston, TX 77002<br>Phone: (713) 364-6440<br>Email: chad@chadflores.law<br><br>Raymond Mark DiGuiseppe, Esq.<br>**THE DIGUISEPPE LAW FIRM, P.C.**<br>116 N. Howe Street, Suite A<br>Southport, NC 28461<br>Phone: (910) 713-8804<br>Fax: 910-672-7705<br>Email: law.rmd@gmail.com<br><br>John W. Dillon, Esq<br>**DILLON LAW GROUP, APC**<br>2647 Gateway Road, Ste. 105<br>Carlsbad, CA 92009<br>Phone: (760) 642-7150<br>Email: jdillon@dillonlawgp.com<br><br>*Attorneys for Plaintiffs James Fahr, Desiree Bergman, Colin Rudolph, San Diego County Gun Owners PAC, and Firearms Policy Coalition, Inc.* | Matthew L. Zollman, Esq.<br>**OFFICE OF THE SAN DIEGO CITY ATTORNEY**<br>1200 Third Avenue, Ste. 1100<br>San Diego, CA 92101<br>Phone: (619) 533-5800<br>Email: mzollman@sandiego.gov<br><br>*Attorneys for Defendants City of San Diego, California and David Nisleit* |

*Fahr et al v. City of San Diego, California et al*.;
USDC No. 21-cv-01676-BJC-BJW