UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FAHR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.:  21-cv-1676-BJC-BJW<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF JAMES FAHR**<br><br>**[ECF No. 50]** |

On April 14, 2025, Plaintiff James Fahr ("Plaintiff") and Defendants City of San Diego, et al. ("Defendants") filed a Joint Motion to Dismiss Plaintiff James Fahr, only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  ECF No. 50.  For good cause shown, the Court **GRANTS** the Joint Motion.

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and all claims filed by Plaintiff James Fahr, only, are hereby dismissed with prejudice. Each party to bear their own fees and costs. Nothing herein shall affect other plaintiffs' claims against any other defendant.

Dated:  April 2, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

21-cv-1676-BJC-BJW