Chad Flores (Texas Bar. No 24059769)
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
chad@chadflores.law

John W. Dillon (California Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs


# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF

# CALIFORNIA

| | |
|---|---|
| Desiree Bergman, et al.<br><br>                           Plaintiffs,<br><br>v.<br><br>City of San Diego,<br>County of San Diego, et al.,<br><br>                           Defendants. | No. 21-cv-1676-BJC-DTF<br><br>**Notice of Motion and Motion of Withdrawal of Attorney**<br><br>Hon. Benjamin J. Cheeks<br>Court Room: 3A<br>Trial: Not Set |

Raymond DiGuiseppe hereby requests that this Court permit his removal as one of the counsel of record for Plaintiffs. Counsel has provided notice to all Plaintiffs. Plaintiffs have and will continue to have representation in this matter, including both Mr. Dillon and Mr. Flores. Withdrawal will not result in any prejudice to Plaintiffs or delay in this case. With this notice and motion, the undersigned counsel requests that Raymond DiGuiseppe be removed from the docket.

Respectfully submitted,

John W. Dillon (California Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road, Suite 105, No. 255
Carlsbad, California 92009
(760) 642-7150
jdillon@dillonlawgp.com

Attorneys for Plaintiffs

No. 21-cv-1676-BJC-DTF