# EXHIBIT B

OFFICE OF

# THE CITY ATTORNEY

CITY OF SAN DIEGO

M. TRAVIS PHELPS
ASSISTANT CITY ATTORNEY

MATTHEW L. ZOLLMAN
DEPUTY CITY ATTORNEY

CIVIL LITIGATION DIVISION
1200 THIRD AVENUE, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-4100
TELEPHONE (619) 533-5800

## HEATHER FERBERT

CITY ATTORNEY

May 23, 2025

***Fahr, James, et al v. City of San Diego, et. al.***
*USDC 21cv1676 BAS (DTF)*

Dear Counsel:

As you know, California Code of Civil Procedure § 1021.11(a) provides for an award of attorneys' fees and costs to "a political subdivision, a governmental entity or public official" against a plaintiff or attorney who unsuccessfully challenges "any statute, ordinance, rule, regulation, or any other type of law that regulates or restricts firearms."

In 2022, the Firearms Policy Coalition and California Gun Rights Foundation brought a constitutional challenge to § 1021.11 in *Miller v. Bonta*, 646 F. Supp. 3d 1218 (S.D. Cal. 2022). The district court held the statute unconstitutional and permanently enjoined the State defendants from "bringing any action or motion under § 1021.11" or otherwise "implementing or enforcing" the statute. *Id*. at 1232. The injunction applies not only to the named defendants but also to "those who gain knowledge of this injunction order or know of the existence of this injunction order." *Id*. That ruling became final after the State defendants declined to appeal.

Despite the *Miller* injunction, in March 2023, the Firearms Policy Coalition and others filed a separate lawsuit against several California municipalities seeking further assurances that § 1021.11 would not be enforced. By that time, the injunction in *Miller* was already in effect and final. The district court dismissed the claims for lack of standing, and the Ninth Circuit affirmed, concluding that there was no reasonable likelihood the statute would be enforced.

While the City of San Diego has never expressed any intent to enforce § 1021.11—and indeed, has never invoked it—the City is nevertheless willing to provide the following written assurance in the interest of resolving any lingering concerns:

The City acknowledges that § 1021.11 has been declared unconstitutional and was permanently enjoined in *Miller v. Bonta*. That injunction binds all who have knowledge of the order and prohibits any effort to implement or enforce § 1021.11 as enacted by S.B. 1327. The City and the City Attorney's Office recognize the binding effect of that ruling and affirmatively represent to Plaintiffs and their counsel—past, present, and future—that they will not seek attorneys' fees in *Fahr v. City of San Diego*, No. 21-cv-01676-BAS-BGC, pursuant to § 1021.11.

-2-                                                          May 23, 2025

We hope this written assurance resolves any remaining concerns regarding the potential enforcement of § 1021.11. In light of the City's position and the binding *Miller* injunction, we believe Plaintiffs lack standing to pursue further claims related to the statute.

Sincerely yours,
HEATHER FERBERT, City Attorney

By    *Matt Zollman*

Matthew L. Zollman
Deputy City Attorney