UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JAMES FAHR, et al.,
Plaintiffs,
v.
CITY OF SAN DIEGO, et al.,
Defendants.

Case No.: 21-cv-1676-BJC-MMP

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**(ECF No. 56)**

Before the Court is Raymond DiGuiseppe's motion to withdraw as counsel of record for Plaintiffs. ECF No. 56. Counsel provided notice to all Plaintiffs, and Plaintiffs will continue to have representation in this matter, including both Mr. Dillon and Mr. Flores. *Id.* Accordingly, for good cause shown, the Motion is **GRANTED**. The Clerk of Court is **DIRECTED** to remove Mr. DiGuiseppe as counsel of record in this matter.

**IT IS SO ORDERED**.

Dated: November 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge